

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 25, 2015.

_____
Rebeca C. Martinez, Justice